# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

LAURENE MARTINO

               V.                      CASE No.: 5:08-CV-630(NPM/DEP)

MEDLAB, INC.; and SYRACUSE
BEHAVIORAL HEALTH OUTPATIENT CLINIC

[ ]      **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF, dismissing this action for failure to comply with the Decision and Order of the Hon. Neal P. McCurn filed on July 7, 2008.

DATED:    September 5, 2008

                                                      Clerk of Court

LKB:lmp